# Housing Discrimination Complaint

**Case Number:**

1. **Complainants:**

    Nassar Ford
    315 S. Broad Street, 0924
    Philadelphia, PA 19107

2. **Complainant Representatives:**

    N/a

3. **Other Aggrieved Parties:**

    N/a

4. **The following is alleged to have occurred or is about to occur:**

    - Discriminatory acts under Section 818 (retaliation)
    - Discriminatory refusal to rent

5. **The alleged violation occurred because of:**

    - Disability

6. **Address and location of the property in question (or if no property is involved, the city and state where the discrimination occurred):**

    Philadelphia, PA

7. **Respondents:**

    Roosevelt Darby Center
    802-804 N. Broad Street
    Philadelphia, PA 19130

    Resources for Human Development (RHD)
    c/o Marco Giordano, CEO
    4700 Wissahickon Avenue, # 126
    Philadelphia, PA 19144

PMHCC
c/o Michael Covone, CEO
1601 Market Street
Philadelphia, PA 19103

SELF, Inc.
c/o Rev. Dr. W. Wilson Goode, CEO
1211 Chestnut Street, # 205
Philadelphia, PA 19107

8. **The following is a brief and concise statement of the facts regarding the alleged violation:**

Complainant alleges Respondents violated 804(f)(1)(A) and 818 of the Fair Housing Amendments Act of 1988 (the Act) because of his disability.

Alleged violation of 804(f)(1)(A) – Discriminatory refusal to rent because of disability

Complainant alleges from 2016 to December 18, 2019, he informed Respondents with documented verification that he has a disability within the meaning of the Act.

Complainant alleges from 2016 to December 18, 2019, Respondents refused to rent to him by failing to submit his application for housing because of his disability.

Alleged violation of 818 – Retaliation for engaging in a protected activity

Complainant alleges from 2016 to December 18, 2019, Respondents retaliated against him by refusing to rent to him because he complained about his Fair Housing Rights being violated by the Respondents.

Complainant alleges from 2016 to December 18, 2019, he complained verbally and in writing to Respondents administrative staff about being discriminated against because of his disability by being denied housing to no avail and only to continue to further be denied housing.

Complainant alleges from 2016 to December 18, 2019, he also called the Complaint Line of the City of Philadelphia Office of Homeless Services to complain that he was being discriminated against because of his disability by being denied housing to no avail.

**9.     The most recent date on which the alleged discrimination occurred:**

December 18, 2019, and is continuing.

**10.    Types of Federal Funding Identified:**

- CDBG/Homeless

**11.    The acts alleged in this complaint, if proven, may constitute a violation of the following sections:**
804(f)(1)(A) and 818 of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Amendments Act of 1988.

Section 504 of the Rehabilitation Act of 1973

**Please sign and date this form:**
**I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.**

_[signature]_ _____04/02/2020_____

Nassar Ford                                           Date

**N O T E: HUD WILL FURNISH A COPY OF THIS COMPLAINT TO THE PERSON OR ORGANIZATION AGAINST WHOM IT IS FILED.**