## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NASSAR FORD,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-1893** |
| : | |
| **ROOSEVELT DARBY CENTER,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 8th day of July, 2020, Plaintiff Nassar Ford having failed to comply with the Court's May 19, 2020 Order (Doc. No. 7), it is hereby **ORDERED** that the case is **DISMISSED** for failure to prosecute. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**